United States Court of Appeals,

Eleventh Circuit.

No. 98-6708

Non-Argument Calendar.

REFORM PARTY OF ALABAMA, an unincorporated association of electors of the State of Alabama;  Robin Collins, et al., Plaintiffs-Appellants,

v.

Jim BENNETT, in his official capacity as Secretary of State of the State of Alabama;  Bill Pryor, in his official capacity as Attorney General of the State of Alabama, et al., Defendants-Appellees.

Oct. 28, 1998

Appeal from the United States District Court for the Middle District of Alabama (No. CV-98-A-895-N), W. Harold Albritton, Judge.

Before HATCHETT, Chief Judge, and TJOFLAT and EDMONDSON, Circuit Judges.

PER CURIAM:

This appeal is affirmed for the reasons expressed in the district court's September 8, 1998 order, cited as *Reform Party of Alabama v. Bennett,* --- F.Supp.2d ----, Civil Action No. 98-A-895-N (M.D.Ala. Sept. 8, 1998).

AFFIRMED.